# EXHIBIT 1

Date: December 19, 2022 at 7:33:56 PM
To: Harry MacDougald <hmacdougald@ccedlaw.com>, Charles Burnham <charles@burnhamgorokhov.com>, robert.destro@protonmail.com <robert.destro@protonmail.com>
Cc: Jason Horrell <horrellj@dcodc.org>, Azadeh Matinpour <matinpoura@dcodc.org>, Angela Thornton <thorntona@dcodc.org>
Subject:  Response to Letter of December 12, 2022

Your letter of December 12 asked several questions to which I am responding:

1. We will not agree to defer the hearing for two additional months.  While the January 6 Committee report may result in the release of additional information, most of it has nothing to do with the disciplinary charges against Mr. Clark.  Most of the footnotes to the Introductory material released today are to the interviews of Mr. Rosen and Mr. Donoghue, and you have their interviews/testimony before the Judiciary Committee and are quite familiar with what their testimony will be.  There are a few references to the deposition of Mr. Klukowski, which I do not have, but Mr. Klukowski should be available to you.  If his deposition is publicly available, it should not take you long to read it.  The other references are to documents that I believe you possess and the public testimony before the Committee, which has been available to you for some time. (As of this date, I have not obtained any documents or other materials from the January 6 Committee, although I expect to ask for some.)
2. We did not approach you about motions in limine because we are proposing none.  There is also an approaching deadline for stipulations.  We are not proposing any, although if there are any that you propose and wish to discuss, we are available to do so.  It has been my

   experience that hearing committees are always willing to permit stipulations even if they are not agreed to by the deadline and even during the hearing itself.
3. We have had no contact with the Hearing Committee chair about this case outside of the hearings in which you were in attendance. We, of course, served our witness list on the Board office, which presumably supplied a copy to the chair, so he should be aware that we are proceeding with the schedule that he set.


Finally, I intend to subpoena the 331 files largely consisting of auto-save drafts of the outline of Mr. Clark's autobiography. Will you accept the subpoena for your client. If not, please let me know a convenient time and place to serve him this week. The existence of these materials has just come to my attention.