# EXHIBIT 2

From: **Charles Burnham** <charles@burnhamgorokhov.com>
Date: Fri, Dec 23, 2022 at 11:12 AM
Subject: Re: Clark
To: Phil Fox <FoxP@dcodc.org>
Cc: Harry MacDougald <hmacdougald@ccedlaw.com>, robert.destro@protonmail.com <robert.destro@protonmail.com>, Jason Horrell <horrellj@dcodc.org>, Azadeh Matinpour <matinpoura@dcodc.org>, Angela Thornton <thorntona@dcodc.org>

Mr. Fox,

Thank you for the email. We agree you do not need to produce to us anything posted to the January 6 Committee website. If you happen to come into possession of relevant materials from the Committee through some other means, we ask that you produce them to us.

As to the new subpoena, we have explained several times that our removal has shifted the locus of this case to the DDC; the DCCA and its adjuncts thus may not proceed further at this time. Accordingly, it would not be appropriate for us to accept service or to cooperate in personal service of what we think you are contemplating.

On Thu, Dec 22, 2022 at 5:15 PM Phil Fox <FoxP@dcodc.org> wrote:

The January 6 Committee is apparently releasing interviews/depositions. I am assuming that you know this and have equal access to the materials. We have no special access. So it is not my intention to send you copies of the relevant materials to which you have the same access that we have.

I still have not heard from you as to accepting service of the new subpoena.


--
Charles Burnham
Burnham & Gorokhov PLLC
1424 K St. NW
Washington, DC 20005
phone 202-386-6920
fax 202-765-2173
www.burnhamgorokhov.com
https://www.facebook.com/BurnhamGorokhov