# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: JEFFREY B. CLARK,<br><br>A member of the Bar of the District of Columbia Court of Appeals (Bar No. 455315) | Case No. 1:22-mc-00117-RC<br>(Related Case No. 1:22-mc-00096-RC) |
| IN RE: JEFFREY B. CLARK,<br><br>A member of the Bar of the District of Columbia Court of Appeals (Bar No. 455315) | Case No. 1:22-mc-00096-RC<br>(Related Case No. 1:22-mc-00117-RC) |

**DECLARATION OF JEFFREY B. CLARK, JR.**

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1.

My name is Jeffrey B. Clark. I am over the age of 18, suffer no mental impairments, and have personal knowledge related to this matter.

2.

On the evening of Tuesday, December 27, 2022, I was at home in suburban Virginia with my family, including my son, Jeffrey B. Clark, Jr. He had been spending a lot of time

at our house with my wife and I and his sisters over the Christmas holidays.

3.

That same evening, there was a commotion at our front door including lots of knocking. My son answered the door and saw a man standing there who said he was a process server.

4.

I was reading emails in my library nearby. I overheard what was said at the door. I asked my son to ask the process server what he was trying to serve. The process server did not have a clear idea but, after skimming the document(s), eventually he said it was something involving a D.C. disciplinary matter.

5.

I then asked my son to inquire what the case number was. The answer from the process server came back that it was a disciplinary docket case number. I then directed my son to state, which he did: "Not accepting because no authority to issue it."

6.

The process server seemed to accept that answer. At no time did I or my son physically accept any document from the process server on December 27, 2022.

7.

At no time did the process server read out the contents of the document other than to answer the very basic questions about (1) who had issued the document and (2) the

3

matter's case number, which questions I formulated to make sure that the document the process server had in hand was likely the new subpoena that D.C. Disciplinary Counsel Mr. Fox had indicated on December 19, 2022 that he would try to serve.

8.

Later correspondence from Mr. Fox to my lawyers indicated that I was correct about the nature of the document that he had tried to serve via the process server on December 27, 2022.

Executed on January 25, 2023.

                                             /s/ Jeffrey B. Clark
                                             Jeffrey B. Clark