# EXHIBIT 5

From: Phil Fox <foxp@dcodc.org>
Date: December 27, 2022 at 8:09:35 PM
To: Harry MacDougald <hmacdougald@ccedlaw.com>, Jason Horrell <horrellj@dcodc.org>
Cc: Charles Burnham <charles@evgpllc.com>, Robert Destro <robert.destro@protonmail.com>
Subject:  Re: [EXT]In re: Clark

You have never cited any authority that prevents me from serving Mr. Clark. We will continue to attempt to do so and will cite his refusal to accept service as a factor in aggravation of sanction.

Get Outlook for iOS