# EXHIBIT 6

**From:** Phil Fox <FoxP@dcodc.org>
**Date:** December 28, 2022 at 10:29:06 AM EST
**To:** Harry MacDougald <hmacdougald@ccedlaw.com>, Robert.Destro@protonmail.com, Charles Burnham <charles@burnhamgorokhov.com>
**Cc:** Azadeh Matinpour <matinpoura@dcodc.org>, Angela Thornton <thorntona@dcodc.org>, Jason Horrell <horrellj@dcodc.org>
**Subject: Clark Subpoena 12-27-22 FINAL.pdf**


The process server reports that Mr. Clark was at home but sent his son to answer the door. He also reports that at Mr. Clark's request, he read him the subpoena. Our position is that he has been served and that he must produce the materials at the January 9 hearing. A copy of the subpoena is attached. I think your suggestion of seeking relief from Judge Contreras is a good idea, and I encourage you to do so.