# EXHIBIT 9

**From:** Harry MacDougald <hmacdougald@ccedlaw.com>
**Sent:** Tuesday, January 3, 2023 5:28 PM
**To:** Phil Fox <FoxP@dcodc.org>; Charles Burnham <charles@burnhamgorokhov.com>; robert.destro@protonmail.com <robert.destro@protonmail.com>
**Cc:** Jason Horrell <horrellj@dcodc.org>; Azadeh Matinpour <matinpoura@dcodc.org>; Angela Thornton <thorntona@dcodc.org>
**Subject:** Re: Consent Motion for Continuance

Mr. Fox, we are concerned whenever we hear anyone has COVID. You'll recall that Mr. Clark had COVID about a year ago and required monoclonal antibodies to recover. You agreed to an extension at the investigative stage until the end of January 2022 as a result, which we appreciated. In general and for that reason, we will always be favorably inclined to agree to schedule changes related to medical issues.

However, we cannot agree to your proposed motion as framed. We have repeatedly made clear our position that the Hearing Committee and other adjuncts of the DCCA have no authority over this case at this juncture, given that we have removed it, including a removal of your motion to enforce an already removed subpoena. (We have also made clear that the DCCA has no authority over this matter at all given Mr. Clark's status during the relevant time as a senior Justice Department official who advised the President.) You also insisted shortly after Christmas on trying to serve (unsuccessfully) another subpoena, after two removals had already occurred and we had moved to consolidate the two removed matters. We will use this opportunity to let you know we will also be removing your most-recent subpoena, should that become necessary, even though it has not been properly served. You are imposing wasteful litigation on our client. We ask again that you withdraw the subpoena until there is a final resolution of the motions to remand to save us and the Court the time, trouble, and expense of a third removal and likely third motion to remand coupled with a second motion to consolidate.

Further, we continue to be puzzled by your refusal to show due comity to the U.S. District Court for the District of Columbia and await its ruling. As you know, the Board has marked all post-removal attempted filings with the Board and/or Hearing Committee simply as "lodged," not filed, noting this case has been removed. You appear to be alone in the view that this case will proceed before the Board as if no removals had been filed.

In sum and for many reasons, we cannot agree to your proposal as framed and in the forum you propose to file it, including that the record should be clear that we object to how you have proceeded in the wake of removal.

But we would instead be willing to consent to an appropriately framed "notice" to be filed with the U.S. District Court indicating 1) your position that the January 9 hearing before the Hearing Committee will not go forward in light of the witness illness issue; and that 2) ODC will update the Court on witness status, should that become relevant after jurisdictional issues are first ruled on. If you frame up such a notice as we're suggesting, we will provide a sentence or two

for that filing about our position regarding the power of the Hearing Committee, the Board, and the DCCA to conduct proceedings, and we can likely reach consensus.

And, of course, we cannot agree to convert an already moot hearing date on January 9 before the Hearing Committee into a status conference, when the Hearing Committee has been divested of power by the acts of removal. Indeed, to be clear, we do not consent or agree with any proceedings being held before the Hearing Committee, Board, or DCCA, until at the very least, a final remand order from the federal court system has been issued, including the exhaustion of appeals.

Please let us know your position in response to this email. We will be prepared to notify the U.S. District Court of how you decide to proceed.

Thank you and we wish a speedy recovery to your ill witness's wife, the witness himself, and any exposed family members.

Harry W. MacDougald
Caldwell, Propst & DeLoach, LLP
Two Ravinia Plaza, Suite 1600
Atlanta, GA 30346
404-843-1956

---

**From:** Phil Fox <FoxP@dcodc.org>
**Sent:** Tuesday, January 3, 2023 12:38 PM
**To:** Charles Burnham <charles@burnhamgorokhov.com>; Harry MacDougald <hmacdougald@ccedlaw.com>; robert.destro@protonmail.com <robert.destro@protonmail.com>
**Cc:** Jason Horrell <horrellj@dcodc.org>; Azadeh Matinpour <matinpoura@dcodc.org>; Angela Thornton <thorntona@dcodc.org>
**Subject:** Consent Motion for Continuance

One of my witnesses has covid.  Will you consent to this motion?