# EXHIBIT 10

# DISTRICT OF COLUMBIA COURT OF APPEALS
## BOARD ON PROFESSIONAL RESPONSIBILITY
## HEARING COMMITTEE NUMBER TWELVE



RECEIVED

Jan 4 2023 11:12am
Board on Professional
Responsibility

| | | |
|---|---|---|
| **In the Matter of** | : | |
| | : | |
| **JEFFREY B. CLARK, ESQUIRE** | : | **Disciplinary Docket No. 2021-D193** |
| | : | **Board Docket No. 22-BD-039** |
| **Respondent,** | : | **DCCA No. 21-BS-0059** |
| | : | |
| **A Member of the Bar of the District** | : | |
| **of Columbia Court of Appeals.** | : | |
| **Bar Number: 455315** | : | |
| **Date of Admission:  July 7, 1997** | : | |
| | : | |

## MOTION FOR CONTINUANCE

Disciplinary Counsel moves to continue the hearing in this matter.  The hearing is presently set for January 9, 2023.  Over the weekend, the wife of one of Disciplinary Counsel's witnesses tested positive for Covid-19.  The witness, who has been out of town and in close proximity with his wife, expects that he also will test positive.  In any event, he will be unable to return to the District of Columbia or meet with his counsel to prepare before the scheduled hearing.

Respondent will not consent to this motion.

Respectfully submitted,

*Hamilton P. Fox, III*

_____
Hamilton P. Fox, III
Disciplinary Counsel
Bar Registration No. 113050

/s/ Jason R. Horrell
Jason R. Horrell
Assistant Disciplinary Counsel
Bar Registration No. 1033885

OFFICE OF DISCIPLINARY COUNSEL
515 Fifth Street, N.W.
Building A, Room 117
Washington, D.C.  20001
(202) 638-1501

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of January 2023, I caused a copy of the foregoing *Motion for Continuance* to be served on the Board of Professional Responsibility c/o Case Managers to casemanagers@dcbpr.org and to Respondent's counsels via email to Harry W. MacDougald, Esquire, to hmacdougald@CCEDlaw.com, to Charles Burnham, Esquire, to charles@burnhamgorokhov.com, and Robert A. Destro, Esquire, to Robert.destro@protonmail.com.

*Hamilton P. Fox, III*

Hamilton P. Fox, III