# EXHIBIT 11

**From:** Harry MacDougald <hmacdougald@ccedlaw.com>
**Sent:** Wednesday, January 4, 2023 5:58 PM
**To:** Phil Fox <FoxP@dcodc.org>; Jason Horrell <horrellj@dcodc.org>
**Cc:** Charles Burnham <charles@burnhamgorokhov.com>; robert.destro@protonmail.com
**Subject:** [EXT]Your Motion for Continuance

Mr. Fox:

I write to you on two topics.

First, as I have already asked you but you did not respond, will you withdraw your latest (non-served) subpoena?

Second, having read your motion for continuance lodged with the BPR today, I am asking you to correct your mischaracterization of our position regarding your motion.

Our position was made crystal clear in my email to you yesterday afternoon. It is also equally clear that you misrepresented that position in your filing in a way that is falsely pejorative, suggesting we have no sympathy or willingness to accommodate illness. That's completely untrue, and you know it. This kind of conduct is unacceptable in any lawyer, but it is especially unconscionable in Bar Disciplinary Counsel.

We are giving you a chance to correct this yourself. We would ask you to put this sentence into a corrective filing to your motion for continuance:

"Respondent believes any illness should be accommodated by the relevant adjudicative body (which is the U.S. District Court) and thus does not consent to this motion filed to Hearing Committee 12 on the ground that the pending removal has divested the Hearing Committee of power over this matter, mooting the need for a continuance."

Please let us know whether you will comply with either or both of our requests as soon as possible.

-----
Harry W. MacDougald
Caldwell, Carlson, Elliott & DeLoach, LLP
Two Ravinia Drive
Suite 1600
Atlanta, Georgia 30346
404-843-1956

Direct: 404-843-4109