# EXHIBIT 12

**From:** Phil Fox <FoxP@dcodc.org>
**Date:** Wednesday, January 4, 2023 at 6:15 PM
**To:** Harry MacDougald <hmacdougald@ccedlaw.com>, Jason Horrell <horrellj@dcodc.org>
**Cc:** Charles Burnham <charles@burnhamgorokhov.com>, "robert.destro@protonmail.com" <robert.destro@protonmail.com>
**Subject:** RE: [EXT]Your Motion for Continuance


I did not, and do not understand your position.  Even if you adhere to your arguments about removal, I fail to understand why you could not consent to the motion.  Indeed, a continuance would seem to be entirely consistent with your arguments, in addition to being the decent thing to do.  Obsequious statements about sympathizing with someone's illness do not speak louder than your refusal to consent. A consent that you acknowledge I provided to you in parallel circumstances. Accordingly, I simply said that you would not consent, which is true, and leave to you the explanation.


I hope I have made it clear by my actions that I do not intend to litigate this case by responding to the various arguments and questions in communications that you have sent to me.  I respond to the matter above only because you make a claim of misrepresentation.