# EXHIBIT 13

**Subject:** Re: [EXT]Your Motion for Continuance
**Date:** Thursday, January 5, 2023 at 9:15:46 PM Eastern Standard Time
**From:** Harry MacDougald
**To:** Phil Fox, Jason Horrell
**CC:** Charles Burnham, robert.destro@protonmail.com
**Category:** Family

Mr. Fox,

We continue to be disappointed and surprised by your conduct.

You have not responded to our request that you withdraw your latest subpoena, issued in plain defiance of the removal. We will take that as a refusal. If you change your mind, let us know.

You say that you do not understand our position. Respectfully, we do not see how that could be possible. We stated in clear terms in my email our position that Hearing Committee 12 has no power over the case at this point in the face of the removal and the pending motions to remand in the U.S. District Court. Moreover, we have sent you two notices of removal and well over 100 pages of briefing arguing lack of power in the Board as a result of the removal. How could you be unclear on our position regarding the effect of the removals? The Board seems to agree, as indicated by its treatment of filings after the removal and the fact that this case is not on the Board's web-published hearing calendar.

If there had been no removal, and you had asked us to postpone the January 9 hearing, we would certainly have agreed because we take accommodating medical issues seriously. Similarly, if there were a hearing in the USDC requiring your witness's testimony and the same COVID issue arose, we would have certainly agreed to a continuance in that situation as well.

The bottom line is that you asked us to consent to a motion to continue a case that is not even on the calendar in a forum that does not have power to proceed. It's compound nonsense. The medical condition of the witness has nothing to do with our position on your request.

We similarly do not wish to litigate by email exchanges. Our purpose was to give you a chance to correct the misimpression you gave the Board that we did not agree to a continuance to accommodate a medical issue. You've rejected the offer, so we will proceed accordingly.

-----
Harry W. MacDougald
Caldwell, Carlson, Elliott & DeLoach, LLP
Two Ravinia Drive
Suite 1600
Atlanta, Georgia 30346
404-843-1956
Direct: 404-843-4109