# EXHIBIT 14

# District of Columbia Court of Appeals



No. 22-BG-891

IN RE JEFFREY B. CLARK, ESQUIRE

A Member of the Bar of the District
of Columbia Court of Appeals                               DDN: 2021-D193

BEFORE: Howard and AliKhan, Associate Judges, and Glickman, Senior Judge.

## ORDER

On consideration of Disciplinary Counsel's motion to enforce the subpoena duces tecum in Disciplinary Docket No. 2021-D193; respondent's opposition to Disciplinary Counsel's motion, Disciplinary Counsel's reply to respondent's opposition, and respondent's notification of second removal to federal court, it is

ORDERED that Disciplinary Counsel's motion to enforce its subpoena duces tecum is held in abeyance until respondent's removal of this matter to the United States District Court for the District of Columbia has been resolved. It is

FURTHER ORDERED, that the parties hereto shall promptly inform us of the District Court's action on the removal.

### PER CURIAM

Copies e-served to:

Charles Burnham, Esquire

James T. Phalen, Esquire
Executive Attorney
Board on Professional Responsibility

**No. 22-BG-891**

Lucy Pittman, Esquire
Chair
Board on Professional Responsibility

Hamilton P. Fox, III, Esquire
Disciplinary Counsel
Office of Disciplinary Counsel

Jason Horrell, Esquire
Assistant Disciplinary Counsel
Office of Disciplinary Counsel


oio