IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: JEFFREY B. CLARK,<br><br>A member of the Bar of the District of Columbia Court of Appeals (Bar No. 455315) | Case No. 1:23-mc-00007-RC<br>Case No. 1:22-mc-00096-RC<br>Case No. 1:22-mc-00117-RC |

## MOTION TO ALLOW SUPPLEMENTAL STAY BRIEFING IN LIGHT OF HEARING COMMITTEE ORDER ISSUED TODAY

Jeffrey B. Clark respectfully submits this Motion seeking to allow ***both sides*** to submit supplemental stay briefing to address a new order issued by Hearing Committee 12 on the afternoon of July 28, 2023. *See* Exhibit 1. This new order came as we were finalizing our reply brief in support of our motion for stay pending appeal, but without enough time to fully address it therein. To properly respond to the new order in an un-rushed and orderly fashion, Mr. Clark proposes the following for the length and timing of the requested supplemental briefing:

1. 8-page Supplemental Brief in Support of Stay — **August 4, 2023**;

2. 8-page Supplemental Opposition to Stay — **August 11, 2023**;

3. 4-page Supplemental Reply in Support of Stay — **August 15, 2023**.

The Office of Disciplinary Counsel has informed us they are opposed to this Motion.

Respectfully submitted this 28th day of July 2023.

<div style="display: flex;">

*/s/ Charles Burnham*
Charles Burnham
DC Bar No. 1003464
Burnham and Gorokhov, PLLC
1750 K Street, NW
Suite 300
Washington DC 20006
(202) 386-6920
charles@burnhamgorokhov.com

*/s/ Harry W. MacDougald*
Harry W. MacDougald
Georgia Bar No. 463076
Caldwell, Carlson, Elliott & DeLoach LLP
Two Ravinia Drive, Suite 1600
Atlanta, Georgia 30346
(404) 843-1956
hmacdougald@ccedlaw.com

</div>

## CERTIFICATE OF SERVICE

I hereby certify that I have on this day served counsel for the opposing party with a copy of this ***Motion to Allow Supplemental Stay Briefing in Light Of Hearing Committee Order Issued Today*** by filing with the Court's electronic filing system and by email addressed to:

    Hamilton P. Fox, Esq.
    Jason P. Horrell, Esq.
    Office of Disciplinary Counsel
    Building A, Room 117
    515 5th Street NW
    Washington DC 20001
    foxp@dcodc.org
    horrellj@dcodc.org

This 28th day of July 2022.

                                        /s/ Charles Burnham
                                        Charles Burnham
                                        DC Bar No. 1003464
                                        Burnham and Gorokhov, PLLC
                                        1750 K Street, NW
                                        Suite 300
                                        Washington DC 20006
                                        (202) 386-6920
                                        charles@burnhamgorokhov.com